THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROSANNE GLASSBERG,

Plaintiff,

v.

HOLLAND AMERICA LINE N.V. LLC, HOLLAND AMERICA LINE, INC., HAL ANTILLEN N.V., SCOOTAROUND, INC.,

Defendants.

No. 2:24-cv-00915-JLR

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO WITHDRAW APPEARANCE AND SUBSTITUTION OF COUNSEL

MARCIA ULRICH,

Plaintiff,

v.

HOLLAND AMERICA LINE N.V. LLC, HOLLAND AMERICA LINE, INC., HAL ANTILLEN N.V., SCOOTAROUND, INC.,

Defendants.

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO WITHDRAW APPEARANCE AND SUBSTITUTION OF COUNSEL – Case No. 2:24-cv-00915-JLR - Page 1

LE GROS BUCHANAN & PAUL, P.S.
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

4905-3411-2161, v. 1

THIS MATTER having come before the Court on the parties' Stipulated Motion to Withdraw Appearance and Substitution of Counsel.  Pursuant to Local Rule 83.2(b)(1), counsel seeks an order permitting Jeffrey B. Maltzman and Edgar R. Nield to withdraw as counsel of record for Defendants Holland America Line N.V. LLC, Holland America Line, Inc. and HAL Antillen N.V. and permitting Nathan J. Beard and Trinity K. Hopkey of Le Gros Buchanan & Paul, P.S firm to substitute as new counsel of record in this matter. Because this substitution results in the termination of one law office and the appearance of a new law office permission of the Court is required under LCR 83.2(b)(1). Having reviewed the pleadings filed in connection with this matter, the Court is fully informed and finds good cause to grant the motion.

Accordingly, **IT IS HEREBY ORDERED:**

1. Stipulated Motion to Withdraw Appearance and Substitution of Counsel is GRANTED.

2. The Clerk's Office is directed to TERMINATE Jeffrey B. Maltzman and Edgar R. Nield of Maltzman & Partners as counsel for Defendants Holland America Line N.V. LLC, Holland America Line, Inc. and HAL Antillen N.V., and to SUBSTITUTE Nathan J. Beard and Trinity K. Hopkey of Le Gros Buchanan & Paul, P.S as new counsel for Defendants Holland America Line N.V. LLC, Holland America Line, Inc. and HAL Antillen N.V.,  April 20, 2026, the date the motion was filed. The Clerk's Office is directed to list counsel information as follows:

///

///

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO WITHDRAW APPEARANCE AND SUBSTITUTION OF COUNSEL – Case No. 2:24-cv-00915-JLR - Page 2

LE GROS BUCHANAN & PAUL, P.S.
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON  98106-1271
(206) 623-4990

4905-3411-2161, v. 1

Nathan J. Beard, WSBA #45632
Trinity K. Hopkey, WSBA #64966
Le Gros Buchanan & Paul, P.S.
4025 Delridge Way SW, Suite 500
Seattle, Washington 98106
Telephone:    206-623-4990
Facsimile:    206-467-4828
Email:        nbeard@legros.com
              thopkey@legros.com


       **IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.


DATED this __21st__ day of April, 2026.

_____
JAMES L. ROBART
United States District Court Judge


Presented by:


MALTZMAN & PARTNERS

_s/Jeffrey B. Maltzman_
Jeffrey B. Maltzman, WSBA # 52051
_s/Edgar R. Nield_
Edgar R. Nield, WSBA # 135018
5857 Owens Ave., Suite 300
Carlsbad, CA 92008
Phone: (760) 942-9880
Email: jeffreym@maltzmanpartners.com
       ed@maltzmanpartners.com

_Withdrawing Attorneys for Defendants_
_Holland America Line N.V. LLC,_
_Holland America Line, Inc. and HAL Antillen N.V._


[PROPOSED] ORDER GRANTING STIPULATED MOTION TO
WITHDRAW APPEARANCE AND SUBSTITUTION OF
COUNSEL – Case No. 2:24-cv-00915-JLR - Page 3

Le Gros Buchanan
& Paul, P.S.
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON  98106-1271
(206) 623-4990

4905-3411-2161, v. 1

LE GROS BUCHANAN & PAUL, P.S.

/s/Nathan J. Beard
NATHAN J. BEARD, WSBA #45632
/s/Trinity K. Hopkey
TRINITY K. HOPKEY, WSBA #64966
4025 Delridge Way S.W., Suite 500
Seattle, Washington 98106
Telephone:    206-623-4990
Facsimile:    206-467-4828
Email:        nbeard@legros.com
              thopkey@legros.com

*Substituting Attorneys for Defendants*
*Holland America Line N.V. LLC,*
*Holland America Line, Inc. and HAL Antillen N.V.*

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO
WITHDRAW APPEARANCE AND SUBSTITUTION OF
COUNSEL – Case No. 2:24-cv-00915-JLR - Page 4

LE GROS BUCHANAN
& PAUL, P.S.
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

4905-3411-2161, v. 1

**CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Amie Peters, WSBA #58624
Amanda Peters, WSBA #49161
Blue Water Legal PLLC
PO Box 83
144 Railroad Avenue, Suite 308
Edmonds, WA 98020
Phone:    (425) 361-2054
Email:    amie@bluewaterlegal.com
          amanda@bluewaterlegal.com
*Attorneys for Plaintiffs*

Jeffrey B. Maltzman, WSBA # 52051
Edgar R. Nield, WSBA # 53297
Maltzman & Partners
5857 Owens Ave., Suite 300
Carlsbad, CA 92008
Phone: (760) 942-9880
Email:    jeffreym@maltzmanpartners.com
ed@maltzmanpartners.com

*Withdrawing Attorneys for Defendants*
*Holland America Line N.V. LLC,*
*Holland America Line, Inc. and HAL Antillen N.V.*

Tyler J. Roth, WSBA #54058
Thomas F. Olsen, WSBA #45159
Lorber, Greenfield & Olsen, LLP
1201 Pacific Ave, Suite 600
Tacoma, WA 98402
Phone:    (206) 832-4900
Email:    troth@lorberlaw.com
          tolsen@lorberlaw.com
*Attorneys for Defendant Scootaround, Inc.*

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO
WITHDRAW APPEARANCE AND SUBSTITUTION OF
COUNSEL – Case No. 2:24-cv-00915-JLR - Page 5

LE GROS BUCHANAN
& PAUL, P.S.
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON  98106-1271
(206) 623-4990

4905-3411-2161, v. 1

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed at Seattle, Washington.

*s/Sheila Baskins*
Sheila Baskins, Legal Assistant
4025 Delridge Way S.W., Suite 500
Seattle, Washington 98106
Telephone:  206-623-4990
Facsimile:  206-467-4828
sbaskins@legros.com

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO WITHDRAW APPEARANCE AND SUBSTITUTION OF COUNSEL – Case No. 2:24-cv-00915-JLR - Page 6

LE GROS BUCHANAN
& PAUL, P.S.
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON  98106-1271
(206) 623-4990

4905-3411-2161, v. 1